# Exhibit 3

The Amazon store associated with the trademark:

https://www.amazon.com/sp?seller=A1I9MW4K6UUTMY&marketplaceID=ATVPDKIKX0DER







