# SCHEDULE A

*NextClimb Investments LLC v. The Partnerships and Unincorporated Associations identified on Schedule "A"*

Case No.

# Schedule A

**Defendant Stores**

| Amazon.com Defendants | | |
|---|---|---|
| No. | Store Name | Store ID |
| 1 | Yi USA | A2OLKMUWQY3FS0 |
| 2 | MINISO TOY | A1AVOB11DJCL5F |
| 3 | XingHuoWang-US | A2LY9JDSENBXUF |
| 4 | wiixiha | A35PSHMF0MRLKP |
| 5 | Licaiilai | A348XRHJWYBCG6 |
| 6 | sclionge | A1HNVZDC4KIP9W |
| 7 | XFGMSTORE11 | A2BASBIGXCRP72 |
| 8 | HONGTAIRUIXIANG | A1UP694X7HP5XT |
| 9 | Nuoru | A2HOTMQV20H7Q2 |
| 10 | HFXDSM | ABPCW4RWZ3XNF |
| 11 | hubeishengzunkanhuazhuangpinfang(gerenduzi) | A31P0GS6MHVRRH |
| 12 | qiqixiushangmao | A2NJC33AJEDQOZ |
| 13 | WeiFangZiChenWangLuoKeJi | A28IL79J9W4X7Q |
| 14 | shanxihuachengguotaijianshegongchengyouxiangongs | A38TME85VQR4IY |
| 15 | HFXDSM01 | A3QSL1MQQPS2SN |
| 16 | HFXDSM02 | A3HLI73YIF7N7H |
| 17 | XFGMSTORE | A11LK2283T307M |
| 18 | taianshisenyangyuanyuanlinyouxiangongsi | A2EG6K243ZAPCM |
| 19 | ruiguang2025 | A2QADPBKIY5VK7 |
| 20 | WangJiawendedian | A18Y0E2F9NI0TA |
| 21 | kunmian-shop | A1HDBCW67366HV |
| 22 | HFXDSM03 | A2EK4XM82BNA2M |
| 23 | XIULIXIAODIANA | AB3VTL7683W5O |
| 24 | XFGMSTORE01 | A1I0OWZB716HHF |
| 25 | Feng-Li | ALSODD58580B5 |

| 26 | XFGMSTORE02 | A3C0JK17WB8Q42 |
|---|---|---|
| 27 | Muxlkina | A363U79MVUQDRA |
| 28 | facaijinbaoxiaodianpu | A3LXSPJWN9OV4T |
| 29 | GuiZhouWuLuoDianZiShangWuYouXianGongSi | A14V1KN0FF8YKJ |
| 30 | XFGMSTORE03 | AI8JFUNBHLEE6 |
| 31 | LIjiereNREN | A1M8FGGOFG7259 |
| 32 | MICCYI | A5WPT366LSE6F |
| 33 | yiwuxixishangmaoshanghang | A1GFGG0EJWOXRJ |
| 34 | anbashangmao | A3AB7S7IBSTG08 |
| 35 | xianyijujiancaiyouxianzerengongsi | A1HK59TRP4REWS |
| 36 | JIEGEDEDIAN | A2TFPKTXSWQ1QD |
| 37 | songyuanshiqiananxianjunkaibaihuodian | A3NIKE2HXH5LL6 |
| 38 | ruzhoushixuerongxihuyongpinyouxiangongsi | AM3CTML9FMLJ4 |
| 39 | pengdahi | A3U2O639I0GHY4 |
| 40 | tajing | A1O261C9DQ5IKY |
| 41 | Yeahser | A2CPWKESIIPSZJ |
| 42 | yuzhichen | A2CXUZ5BH5J9QU |
| 43 | HFXDSM04 | A2X98ED5HFS6IM |
| 44 | Tracy Patience | A3L34DEXWIZGW0 |
| 45 | Hu ChenLu | A39QH6CZ9I5WVK |
| 46 | Beryl Henrietta | A13OWTG1PZZFK7 |
| 47 | Milinhan | A569066AZ2U77 |
| 48 | HFXDSM05 | ARI7JDSX52UNZ |
| 49 | Ecohidy | A1B7DQH8QVT4TG |
| 50 | Lolomolle | A17RBU5EPZLWRA |
| 51 | Shenzhen Shangji Technology Co., Ltd | A2S7GSVXNA5ECX |
| 52 | Zion's Canopy | A173LLE41KD76 |
| 53 | Gynsseh | A16KTK1J6KTE0Z |
| 54 | ganzhougucangnongyefazhanyouxiangongsi | A3GYD7LV4BNU63 |
| 55 | Yinhuai Network | A2JITJKHMXGZQ4 |
| 56 | HFXDSM10 | A3T78Y0CO1B5RA |
| 57 | kaylynnorthcote | A3B15FUWAVPQV1 |
| 58 | Yulifujianxiamen | A1DT1URYKNTTIM |
| 59 | WashingtonSexDoll01 | AKZ1FRFI60AXD |
| 60 | KangJuFa-us | A2TYT08TP2LM08 |
| 61 | WashingtonSexDoll02 | A108TH3YMAATS6 |

| 62 | WashingtonSexDoll | A1FTTLMHW5ND0G |
|---|---|---|
| 63 | Anyang Hemmo Trading Co., Ltd. | A9XVXUURAX6EB |
| 64 | tonggangshangmao | A2KIFQNT82COL9 |
| 65 | pride-joy | A7S62HTGCPFGE |
| 66 | jitaozerotwo | A3JTBZ2EW6B2S |
| 67 | qinhuangdaojuanzhankejiyouxiangongsi | A1GE07QTQ2QRRS |
| 68 | jiayuan shangmao | A2CJ2L2KM2TCFX |
| 69 | WashingtonSexDoll03 | AZH3DGW8GF9PJ |
| 70 | huangmeixianjiaozhenshangmaoyouxiangongsi | A3M39QU14KN9X9 |
| 71 | Huasuo xiaodian | A1MIZ8SP69TKGI |
| 72 | yuanzixunfuwu | A1WJ4WBVC9NRHA |
| 73 | WashingtonSexDoll04 | A2SE82O2C78Q9X |
| 74 | sdacujhijJKB | API4BEYMJ214I |
| 75 | WangXinFengShangMaobeimei | A3LY5OF9SK73H |
| 76 | WashingtonSexDoll05 | A2C5O72GOIAC01 |
| 77 | BSJLM-4 | A136X5GSEHYEB4 |
| 78 | BSJLM-5 | AK647D4XEWWV1 |
| 79 | XIAO-MI | A1YL2LSF55PRWA |
| 80 | hgdgsygdnsh | A3PXIK0HD8KJOO |
| 81 | BSJLM-2 | A1L8I957EK6CI2 |
| 82 | BSJLM-3 | A31SXUN7SS88W2 |
| 83 | lightning deals of today prime_ sdascdf | A2LGY05Y3RBSRO |
| 84 | BSJLM | A3UZVZLFUUQ6BU |
| 85 | TEHUI-5 | A2Q36BYBD8FJ9Z |
| 86 | TEHUI | A3FQF280JYZEJB |
| 87 | TEHUI-4 | AJXT900D2DN5J |
| 88 | TEHUI-3 | A1NNGRYXM8ATFR |
| 89 | ZHANG LI JUN US | APPCYBU8WSR9P |
| 90 | TEHUI-2 | A1KCUSOHUWJK6C |
| 91 | TEHUI-1 | A3VE9IQ71H2AKZ |
| 92 | GoodVIS | A25BECGWHE4DUD |
| 93 | huomunongmu | ALX36KUGY6L1H |
| 94 | Jtonust-03 | AUFXO6DMZ61M2 |
| 95 | chezheZ | A6N3G6LXNT54O |
| 96 | Jungopy | A5GFCI5IGKW4Y |
| 97 | Tiahong | A3UI6A28OV6KNH |

| 98  | Ruzihui                                   | A3152MATILSTE9 |
|-----|-------------------------------------------|----------------|
| 99  | Huolidian                                 | AB2JLTFROQIR7  |
| 100 | GuangZhouJingZhanShangMaoYouXianGongSi    | A1MGR9681L22O4 |
| 101 | RUIYUATT                                  | A3O0QMIWSK9OCJ |
| 102 | guangzhouyuansishangmaoshanghanggerenduzi | A35J85CE7H3D25 |
| 103 | JHWanATR                                  | A2T0IR4ZXTHOJL |
| 104 | Yiwenkai                                  | A2WW1F1V2DU8LH |
| 105 | Henghongyi                                | A1TCHGECN9TRUS |
| 106 | xiaoqiangbao                              | AHAZYDWM7S0NJ  |